**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Gabriel Miranda Da Silva, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-12297-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |
| | ) | |

## ORDER OF DISMISSAL

### ANGEL KELLEY, D.J.

In accordance with the Court's Order  [Dkt. 10] entered on 6/8/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 6/17/2026                                                          By the Court,

/s/ Courtney Horvath
Deputy Clerk